IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2006 AUG -8 P 4:23
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:06CR183-DRB |
| | ) | [18 U.S.C. 641] |
| | ) | |
| | ) | |
| ALVIN DAMARCUS BROOKS | ) | INFORMATION |

The United States Attorney charges that:

On or about the 13th of August, 2005, at Fort Rucker, Alabama, in the Middle District of Alabama, ALVIN DAMARCUS BROOKS, did knowingly steal, purloin, conceal and retain, with intent to convert to his use or use of another, a thing of value of the United States Government, valued at $1,000.00 or less, to wit: A wristwatch in violation of Title 18, Section 641, United States Code.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

*Kent Brunson*
KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY

*[signature]*
NATHAN T. GOLDEN
SPECIAL ASSISTANT U.S. ATTORNEY
VA BAR NO. 48323
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9807

STATE OF ALABAMA        )    AFFIDAVIT
                        )
DALE COUNTY             )

    The undersigned, being first duly sworn, deposes and says:

I am Safety & Security Assistant at Fort Rucker. Investigation revealed that at approximately 1:00 P.M. on the 13th of August, 2005, ALVIN DAMARCUS BROOKS was observed concealing a wristwatch on his person. ALVIN DAMARCUS BROOKS then exited the PX without paying for the item. Upon contact, the man, identified as ALVIN DAMARCUS BROOKS, was transported to the military police station for further processing. The item was later returned to the PX.

_____
LINDA Z. SCOTT, SAFETY & SECURITY ASSISTANT

Subscribed and sworn to (or affirmed) before me on this 24th day of July 2006.

_____
NOTARY PUBLIC

My commission expires: August 11, 2007